IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In the Matter of the Tax Indebtedness
of Matthew L. Peterson                                   Case No.: 13-cv-348-wmc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ORDER APROVING AN INTERNAL REVENUE SERVICE LEVY UPON AND
SEIZURE OF A PRINCIPAL RESIDENCE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This matter came before the court upon petition by the United States, along with an accompanying declaration and attached exhibits. (Dkt. ##1-3.) The court issued a Notice and Order to Show Cause, which was properly served upon Matthew L. Peterson (by leaving a copy at the subject address with Scott Peterson) and directed that if Peterson did "not file an objection to petition within 25 days from the date of this Order, or if [he] file[d] an objection to petition but fail[ed] to appear before the court as instructed, the court will enter an order approving an Internal Revenue Service levy upon the seizure of a principal residence located at 11570 Back Bay Road, Minocqua, Wisconsin 54548." (Dkt. #1.)

Peterson has chosen to neither file a written objection to the petition within 25 days of the Notice and Order to Show Cause as directed, nor to appear on July 31, 2013, at 8:30 a.m., as instructed.

Accordingly, IT IS HEREBY ORDERED that pursuant to Internal Revenue Code Section 6334, the court GRANTS the United States' Petition for Judicial Approval of a

1

Levy Upon the Seizure of a Principal Residence. (dkt. #1.) The Internal Revenue Service may levy upon and seize Matthew L. Peterson's interest in the property located 11570 Back Bay Road, Minocqua, Wisconsin 54548, to satisfy part or all of his unpaid 2005 and 2006 federal income tax liabilities, plus interest according to law.  This Order may be executed by any authorized officer of the Internal Revenue Service.

Entered this 31st day of July, 2013.

BY THE COURT:
/s/
WILLIAM M. CONLEY
District Judge